**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEAN PLUVIOSE AND OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

-vs-                                                **Case No.  6:08-cv-10-Orl-31KRS**

**AMERICAN COACH LINES OF ORLANDO, INC.,**

        **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Certify Class (Doc. 63) and the Joint Motion to Enter Order on Plaintiff's Motion for Certification and to Extend Deadlines (Doc. 66). The parties have agreed on a definition of the pertinent class (Doc. 66 at 2) and a proposed form of notice to potential class members (Doc. 66-2 at 2), both of which the Court has reviewed and approved.  Although the parties did not indicate in the Joint Motion whether they had agreed to utilize the consent form (Doc. 63-3) attached to the Motion to Certify Class, it appears that this is the case, and therefore the Court approves the consent form.  The parties have also requested some modifications of the Case Management and Scheduling Order (Doc. 23), given the additional requirements inherent in proceeding in this case as a class action.  The Court approves requested modifications.

In consideration of the foregoing, it is hereby

**ORDERED** that the Motion to Certify Class (Doc. 63) and the Joint Motion to Enter Order on Plaintiff's Motion for Certification and to Extend Deadlines (Doc. 66) are **GRANTED**, as follows:

1. The Court hereby conditionally certifies this case as a collective action;

2. The proposed class definition (Doc. 66 at 2), proposed form of notice to potential class members (Doc. 66-2 at 2), and proposed consent form (Doc. 63-3) are approved;

3. Within 60 days of the date of this order, the Defendants shall provide to counsel for the Plaintiff the names and last known addresses of all persons who the parties have agreed are potential members of the class, as defined;

4. Counsel for the Plaintiff is authorized to send notice to these potential class members, using the approved form.  The deadline for potential class members to opt in to the class shall be 60 days from the date the Defendants provide the information specified in paragraph 3 to counsel for the Plaintiff;

5. The parties are authorized to conduct discovery on a class-wide basis; and

6. The Court will implement the parties' requested deadline modifications by separate order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 29, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party