# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JEAN PLUVIOSE AND OTHERS SIMILARLY SITUATED,**

        **Plaintiffs,**

-vs-                                Case No. 6:08-cv-10-Orl-31KRS

**AMERICAN COACH LINES OF ORLANDO, INC.,**

        **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation (Doc. 168), in which the Magistrate Judge recommends approval of the parties' joint motion to approve attorneys' fees and costs settlement (Doc. 166), which moots the Plaintiffs' previously filed motion for attorneys' fees and costs (Doc. 155). Accordingly, the Report and Recommendation is hereby **APPROVED AND ADOPTED** and made a part of this order. And it is further

**ORDERED** that the joint motion to approve attorneys' fees and costs settlement (Doc. 66) is **GRANTED**. The settlement is hereby **APPROVED**, all pending motions are **DENIED AS**

**MOOT**, and this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 18th day of May, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party